IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

RICHARD MONTA JOHNSON, JR,                 *

              Plaintiff,                      *

v.                                          Case No.  5:23-cv-00229-MTT-CHW

                                          *

Warden TAMARSHAY SMITH,

                                          *

             Defendant.

                                          *

_____

## J U D G M E N T

Pursuant to this Court's Order dated March 18, 2024, having accepted the recommendation of the

United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 19th day of March, 2024.

                             David W. Bunt, Clerk

                             s/ Shabana Tariq, Deputy Clerk